

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**B. AUBREY SMITH**
Associate
(212) 294-4758
BASmith@winston.com

July 14, 2017

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17B
New York, New York 10007-1312

Re:    Arboleda v. Trans-Fast Remittance, LLC et al., 1:17-cv-04772-RMS

Dear Judge Berman:

Our firm has recently been retained to represent defendants, Trans-Fast Remittance LLC, GCP (JPM) Investments LLC, GCP Capital Partners Holdings LLC, GCP Capital Partners LLC, Joseph Tumbarello, Samish Kumar, Patricia Bennis, Therese Gamboa and Robert Niehaus ("Defendants"), in the above-referenced action (the "Action"). We write to respectfully request a 30-day extension of the July 19, 2017 deadline for Defendants to answer or otherwise respond to plaintiff Jaqueline Arboleda's ("Plaintiff") complaint. We have begun gathering information in order to respond to the complaint, but request a 30-day extension of the response deadline to permit us to complete our initial inquiries into the Plaintiff's allegations.[1]  This is the first request for an extension in the Action. Plaintiff consents to this request.

---

[1] Likewise, we are gathering information necessary to submit the corporate defendants' Rule 7.1 disclosure statements.



July 14, 2017
Page 2

Thank you for your consideration of the foregoing.

Respectfully submitted,

WINSTON & STRAWN LLP

B. Aubrey Smith
200 Park Avenue
New York, New York 10166
(212) 294-4758
(212) 294-4700 (fax)
BASmith@winston.com

Attorneys for Defendants