USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **8/23/17**

Berman, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**
**P2**

JAQUELINE ARBOLEDA,

Plaintiff,

- against -

TRANS-FAST REMITTANCE LLC,
GCP (JPM) INVESTMENTS LLC,
GCP CAPITAL PARTNERS HOLDINGS LLC,
GCP CAPITAL PARTNERS LLC,
JOSEPH TUMBARELLO, SAMISH KUMAR,
PATRICIA BENNIS, THERESE GAMBOA AND
ROBERT NIEHAUS,

Defendants.

17 CV 4772 (RMB)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), it is hereby stipulated by plaintiff Jaqueline Arboleda that the following defendants are hereby dismissed from the above-referenced action (the "Action) without prejudice: GCP (JPM) Investments LLC, GCP Capital Partners Holdings LLC, GCP Capital Partners LLC, Joseph Tumbarello and Robert Niehaus.

Defendants Trans-Fast Remittance LLC, Therese Gamboa, Samish Kumar and Patricia Bennis remain as defendants in the Action.

Dated: New York, New York
      August 17, 2017

Respectfully submitted,

Jesse S. Barton
Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 4510
New York, New York 10165
212-317-1200
212-317-1200
jbarton@faillacelaw.com

Attorneys for Plaintiff

Brian Aubrey Smith
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
(212) 294-4758
basmith@winston.com

Attorneys for Defendants

Let's discuss proposed dismissals of the Sept. Court Conference

SO ORDERED:

RMB
_____
U.S.D.J.
8/23/17