UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAQUELINE ARBOLEDA,

                Plaintiff,

- against -

TRANS-FAST REMITTANCE LLC,
GCP (JPM) INVESTMENTS LLC,
GCP CAPITAL PARTNERS HOLDINGS LLC,
GCP CAPITAL PARTNERS LLC,
JOSEPH TUMBARELLO, SAMISH KUMAR,
PATRICIA BENNIS, THERESE GAMBOA AND
ROBERT NIEHAUS,

                Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/17

17 CV 4772 (RMB)

**STIPULATION OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), it is hereby stipulated by plaintiff Jaqueline Arboleda that the following defendants are hereby dismissed from the above-referenced action (the "Action) without prejudice: GCP (JPM) Investments LLC, GCP Capital Partners Holdings LLC, GCP Capital Partners LLC, Joseph Tumbarello and Robert Niehaus.

      Defendants Trans-Fast Remittance LLC, Therese Gamboa, Samish Kumar and Patricia Bennis remain as defendants in the Action.

Dated: New York, New York                              Respectfully submitted,
       August 17, 2017

_____                        _____
Jesse S. Barton                                        Brian Aubrey Smith
Michael Faillace & Associates, P.C.                    Winston & Strawn LLP
60 East 42nd Street                                    200 Park Avenue
Suite 4510                                             New York, New York 10166
New York, New York 10165                               (212) 294-4758
212-317-1200                                           basmith@winston.com
212-317-1200
jbarton@faillacelaw.com                                Attorneys for Defendants

Attorneys for Plaintiff


**SO ORDERED:**

_____
RMB
**U.S.D.J.**
9/11/17           tm