# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                          Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
————

jbarton@faillacelaw.com

November 21, 2017

**BY ECF**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Arboleda et al v. Trans-Fast Remittance, LLC et al; Case No. 17-cv-4772

Dear Judge Berman:

This firm represents Plaintiff in the above-referenced matter. I write, on consent of Defendants, to request an adjournment sine die of the settlement conference scheduled for Tuesday, November 28, 2017.

The reason for the request is twofold: The parties have settled, and thus a conference is unnecessary.  Secondly, Plaintiff's counsel has a scheduling conflict and will be unable to attend the conference.  As an additional note, the parties have submitted a Consent to Magistrate form to Orders and Judgments, and anticipate submitting their agreement to the Magistrate Judge for approval.

Thank you for your attention.

Respectfully submitted,

/s/ Jesse Barton
Jesse Barton, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165