UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JACQUELINE ARBOLEDA, et al.,

                              Plaintiffs,                        17-CV-04772 (SN)

              -against-                                  **ORDER**

TRANS-FAST REMITTANCE, LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On Wednesday, November 22, 2017, the parties consented to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. The parties are instructed to submit the settlement agreement and a short cover letter stating why the Court should approve the settlement no later than Thursday, January 11, 2018. The letter and settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:       November 27, 2017
                   New York, New York