UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JACQUELINE ARBOLEDA,

                              Plaintiff,                           **17-CV-04772 (SN)**

              -against-                                     **ORDER**

TRANS-FAST REMITTANCE, LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties notified the Court on November 21, 2017, that they agreed to a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on February 6, 2018. (ECF No. 60.) Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 9, 2018
                New York, New York